# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF S. H., A CHILD.

No. 69825

PETER JASON HELFRICH,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

FILED

MAR 1 8 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a purported order of the district court terminating appellant's parental rights. Fifth Judicial District Court, Nye County; David R. Gamble, Judge.

Our initial review of the docketing statement and other documents before this court reveals a jurisdictional defect. Specifically, the notice of appeal was prematurely filed because no written order has been entered by the district court terminating appellant's parental rights. *See* NRAP 4(a)(6); *Rust v. Clark Cnty. Sch. Dist.*, 103 Nev. 686, 688-89, 747 P.2d 1380, 1381-82 (1987). Accordingly, we conclude that we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

---

[1]In light of this order, appellant's motion for leave to proceed in forma pauperis is denied, as moot.

cc: Chief Judge, The Fifth Judicial District Court
Hon. David R. Gamble, Senior Judge
Peter Jason Helfrich
Nye County District Attorney
Nye County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A